67 P.3d 830

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**March 31, 2003**

| | | |
|---|---|---|
| 24175, 24176, 24177 | State v. Wykes | Affirmed |

**April 16, 2003**

| | | |
|---|---|---|
| 24511 | State v. Lindsey | Affirmed |
| 24811 | State v. Street | Affirmed |

**April 17, 2003**

| | | |
|---|---|---|
| 24304 | State v. Crawford | Affirmed |

**April 28, 2003**

| | | |
|---|---|---|
| 24242 | State v. Ruley | Affirmed |